UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guadalupe Raya, Individually and as Successor in Interest,<br><br>Plaintiff,<br><br>v.<br><br>County of Ventura, Ventura County Sheriff Geoff Dean, California Forensic Medical Group, Incorporated, Geronimo Solorzano, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-07673-CBM (JCx)<br>[Complaint Filed September 30, 2015]<br><br>**ORDER RE DISMISSAL OF THE THIRD CAUSE OF ACTION AGAINST DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. [10]**<br><br>Judge:       Hon. Consuelo B. Marshall<br>Magistrate: Hon. Jacqueline Choolijian<br>Trial:         Date not set |

The Court, having reviewed the above Stipulation of the parties, and good cause appearing, hereby enters an Order to dismiss Defendant California Forensic Medical Group, Inc. from the Third Cause of Action in plaintiff's First Amended Complaint with prejudice. Each party shall bear its own fees and costs associated with the Third Cause of Action.  It is further Ordered that California Forensic Medical Group, Inc. shall have an extension up to and including October 28, 2015 to file and serve a response to the First Amended Complaint.

IT IS SO ORDERED.

DATED: October 27, 2015

Hon. Consuelo B. Marshall
United States District Judge