1  Brian A. Osborne, Esq., CSB No. 126963
   OSBORNE LAW FIRM
2  674 County Square Drive, Suite 310
   Ventura, CA 93003
3  Ph: (805) 642-9283
   Fax (805) 642-7054
4  osborneb@sbcglobal.net

5

6
   Attorneys for Plaintiff Guadalupe Raya,
7  Individually And As Successor In Interest

8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11
   Guadalupe Raya, Individually and as )   Case No.: **2:15-cv-07673-CBM(JCx)**
12 Successor in Interest,                )   [Complaint Filed September 30, 2015]
                      Plaintiff,          )
13                                        )   **REQUEST TO ENTER DEFAULT OF**
                                          )   **D E F E N D A N T   G E R O N I M O**
14 vs.                                    )   **SOLORZANO**
                                          )
15 County Of Ventura, Ventura County Sheriff )
   Geoff Dean, California Forensic Medical )
16 Group, Incorporated, Geronimo Solorzano, )  Judge:       Hon. Consuelo B. Marshall
   and Does 1 through 100, inclusive,     )
17                                        )   Magistrate:   Hon. Jacqueline Choolijian
                      Defendants.          )
18                                        )   Trial:        Date Not Set
                                          )
19 _____ )

20

21

22

23

24

25

26

27

28

---

**REQUEST TO ENTER DEFAULT**

1

TO: THE CLERK OF THE ABOVE- ENTITLED COURT

   Plaintiff Guadalupe Raya hereby requests that the Clerk of the above- entitled Court enter default in this matter against defendant Geronimo Solorzano on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff personally served the complaint on Geronimo Solorzano on October 21, 2015 as evidenced by the proof of service of summons on file with this Court.

   The above- stated facts are set forth in the accompanying Declaration of Brian A. Osborne filed concurrently herewith.

DATED: <u>December 4, 2015</u>          By:_____/s/_____
                                         Brian A. Osborne, Esq.
                                         Attorney for Plaintiff
                                         Guadalupe Raya