Brian A. Osborne, Esq., CSB No. 126963
OSBORNE LAW FIRM
674 County Square Drive, Suite 310
Ventura, CA 93003
Ph: (805) 642-9283
Fax (805) 642-7054
osborneb@sbcglobal.net

Attorneys for Plaintiff Guadalupe Raya,
Individually And As Successor In Interest

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guadalupe Raya, Individually and as Successor in Interest,<br>　　　　Plaintiff,<br><br>vs.<br><br>County Of Ventura, Ventura County Sheriff Geoff Dean, California Forensic Medical Group, Incorporated, Geronimo Solorzano, and Does 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:15-cv-07673-CBM(JCx)<br><br>[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>JS-6 |

On May 16, 2016, the parties jointly submitted a Stipulation of Dismissal to the Court.

Accordingly, the entire action is dismissed with prejudice, and the parties will bear their own respective costs, including attorney fees and other litigation expenses.

IT IS SO ORDERED.

Dated this ___19th___ day of ___May___, 2016.

_____
THE HONORABLE CONSUELO MARSHALL
UNITED STATES DISTRICT JUDGE